CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 3 0 2010

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ARTIS BAINES, JAMES I. THOMAS, BRYAN K. JONES, | ) ) ) |
| Plaintiffs, | ) Case No. 7:10CV00535 ) |
| v. | ) FINAL ORDER ) |
| Rebecca W. Barlow, ET AL., | ) By: Glen E. Conrad ) Chief United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

as follows:

1. Pursuant to their motion, Plaintiffs James I. Thomas and Bryan K. Jones are hereby JOINED to this action as joint plaintiffs; but

2. This civil action is **DISMISSED** without prejudice, on the grounds that the claims under 42 U.S.C. § 1983 are legally frivolous pursuant to 28 U.S.C. § 1915A(b)(1), and the court declines to exercise supplemental jurisdiction over related state law claims, pursuant to 28 U.S.C. § 1367(c); and

3. This action is stricken from the active docket of the court.

ENTER: This 30th day of December, 2010.

_____
Chief United States District Judge